BPS-290                                                                 June 30, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-3056**

IN RE: ROBERT B. OLDHAM

Present:     RENDELL, FISHER AND VAN ANTWERPEN, CIRCUIT JUDGES

Submitted are

(1) Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive motion under 28 U.S.C. § 2254;

(2) Response; and

*(3) **Reply to the Response, filed July 11, 2005**

in the above-captioned case.

Respectfully,

Clerk

MMW/AJM/dmm

_____ORDER_____

The foregoing application to file a second or successive petition under 28 U.S.C. § 2254 is denied. Applicant has not made a prima facie showing that any claim relies on a new rule of constitutional law made retroactive by the Supreme Court, nor does he present a newly-discovered fact which would be sufficient to establish by clear and convincing evidence that, but for the constitutional error, no reasonable factfinder would have found him guilty. See 28 U.S.C. § 2244(b)(2). Because the Applicant has failed to satisfy either standard for filing a second or successive § 2254 petition, his application is denied.

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk

By the Court,

/s/ *Franklin S. Van Antwerpen*
Circuit Judge

Dated: July 18, 2005
DMM/cc: Mr. Robert B. Oldham
        Loren C. Meyers, Esq.